UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPARTAN BRANDS, INC.,

                Plaintiff,

-v-

DUKE CANNON SUPPLY CO., LLC,

                Defendant.

19-CV-6573 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In light of the referral of this case to Magistrate Judge Cott for general pre-trial, the initial pre-trial conference scheduled for December 3, 2019, is adjourned *sine die*. The parties are directed to consult and adhere to Magistrate Judge Cott's Individual Rules of Practice.

    SO ORDERED.

Dated: November 26, 2019
       New York, New York

                                        _____
                                          J. PAUL OETKEN
                                        United States District Judge