USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SPARTAN BRANDS, INC.,

                Plaintiff,

   -against-

DUKE CANNON SUPPLY CO., LLC,

                Defendant.
---------------------------------------------------------------X

**ORDER**

19-CV-6573 (JPO) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated November 26, 2019, Judge Oetken referred this trademark case to me for general pre-trial supervision. Dkt. No. 15. Judge Oetken had previously scheduled an initial pretrial conference on December 3 at 1:15 p.m. but adjourned it as a result of the referral to me. I am available to proceed with the initial pretrial conference on December 3 if that date is still good for the parties, but the time would need to be changed to **2:15 p.m.** If the parties would like to proceed on that date (and the new time), they should confirm their availability by emailing the Court at CottNYSDChambers@nysd.uscourts.gov. Alternatively, if the parties are no longer available on December 3, the Court will hold the initial conference on **December 12 at 3:30 p.m.** The conference, either on December 3 or December 12, will be held in courtroom 21-D, 500 Pearl Street, New York, NY. As the parties have already submitted a proposed case management plan (Dkt. No. 11), I will not require a further submission in advance of the conference. I would ask that counsel email the proposed plan in WORD format to the Court's email address so that, depending on what is discussed at the conference, the Court is able to make changes to the proposed plan.

      **SO ORDERED.**

Dated: New York, New York
       November 27, 2019

_____
JAMES L. COTT
United States Magistrate Judge